COHEN, WEISS AND SIMON LLP
COUNSELLORS AT LAW
330 WEST 42ND STREET
NEW YORK, N.Y. 10036-6976

(212) 563-4100

WRITER'S DIRECT INFORMATION:

PHONE: (212) 356-0243
FAX: (646) 473-8243
E-MAIL: ZLEEDS@CWSNY.COM

BRUCE H. SIMON
ROBERT S. SAVELSON
STEPHEN B. MOLDOF
MICHAEL E. ABRAM
KEITH E. SECULAR
PETER HERMAN
RICHARD M. SELTZER
JANI K. RACHELSON
BABETTE CECCOTTI*
SUSAN DAVIS*
MICHAEL L. WINSTON
THOMAS N. CIANTRA
JOSEPH J. VITALE*
PETER D. DECHIARA
LISA M. GOMEZ*
BRUCE S. LEVINE
TRAVIS M. MASTRODDI
DAVID R. HOCK*

SAMUEL J. COHEN (1908-1991)
HENRY WEISS (1910-2004)

RICHARD C. HARMON
SENIOR ATTORNEY

CLAIRE TUCK*
MARCELLE J. HENRY
EVAN HUDSON-PLUSH*
MICHAEL S. ADLER*
JOSHUA ELLISON*
ZACHARY N. LEEDS*
TZVI MACKSON
NOELIA E. HURTADO
DANYA AHMED*
KATE M. SWEARENGEN*

* ALSO ADMITTED IN NJ

July 11, 2012

By Electronic Case Filing and Regular Mail

The Honorable Denis R. Hurley
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722-9014

Re: *Lynch et al. v. Inter-County Building Materials Corp. and Inter-County Building Materials Hampton Corp.*, 05-CV-1801 (DRH) (WDW)

Dear Judge Hurley:

This firm represents the Trustees of the Local 1205 Trust Funds, plaintiffs in this case. We write pursuant to the Court's order for a status update.

On April 2, 2012, the Court lifted the automatic bankruptcy stay as to defendant Inter-County Building Materials Corp., and granted defendants, as corporations unable to proceed pro se, thirty days to retain counsel to appear on their behalf. Plaintiffs are not aware of any counsel having filed an appearance with the Court and Plaintiffs have not been contacted by Defendants.

We appreciate the Court's attention in this matter.

Respectfully submitted,

Zachary N. Leeds

00230549.1

COHEN, WEISS AND SIMON LLP

The Honorable Denis R. Hurley
July 11, 2012
Page 2

    cc:    Ronald D. Weiss, Esq.

           Inter-County Building Materials Corp.
           908 Long Island Avenue, Deer Park, New York 11729

           Inter-County Building Materials Hampton Corp.
           280 Montauk Highway West, Hampton Bays, New York 11946